AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

|   |   |   |   |
|---|---|---|---|
| Robert James Miller, Jr., | ) | | |
| *Petitioner* | ) | | |
| v. | ) | Civil Action No. | 1:14-cv-00483-RBH |
| Warden, Broad River Correctional Institution, | ) | | |
| *Respondent* | ) | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Robert James Miller, Jr., shall take nothing of the respondent, Warden, as to the petition filed pursuant to 28 U.S.C. §2254 and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the petition without prejudice.

Date:  February 26, 2015

*ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker
_____
*Signature of Clerk or Deputy Clerk*